RAY H. COHEN, Respondent, v. HARRY COHEN, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.